**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ONEIL GILBERT, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-142** |
| **TRAVIS DAY** | **SECTION: "T" (1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 21), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Oneil Gilbert, III, be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of September, 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE